# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

Bridget M. McCormack,
Chief Justice

157488

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARNITA SADLER,
   Plaintiff-Appellant,

v

CITY OF DETROIT,
   Defendant-Appellee.

SC: 157488
COA: 336117
Wayne CC: 16-010827-NO

_____/

By order of July 3, 2018, the application for leave to appeal the March 6, 2018 judgment of the Court of Appeals was held in abeyance pending the decisions in *Wigfall v City of Detroit* (Docket No. 156793) and *West v City of Detroit* (Docket No. 157097). On order of the Court, the cases having been decided on July 16, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and we REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with our decision in *Wigfall*.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

p1021